No. 229. ANCHOR ROME MILLS, INC., *v.* NATIONAL LABOR RELATIONS BOARD. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. September 26, 1956. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Frank A. Constangy, Thomas E. Shroyer* and *Milton C. Denbo* were on the stipulation for petitioner. With them on the petition was *John W. Maddox. Solicitor General Rankin* and *Theophil C. Kammholz* were on the stipulation for respondent. With *Mr. Kammholz* on a brief in opposition to the petition were *Oscar H. Davis,* then Acting Solicitor General, and *Dominick L. Manoli.*

No. 65. HIGA, ADMINISTRATOR, *v.* TRANSOCEAN AIRLINES. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. September 27, 1956. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Roger E. Brooks* for petitioner. *Jesse H. Steinhart* was on the stipulation for respondent.

No. 158. AMERICAN AUTOMOBILE INSURANCE CO. OF ST. LOUIS, MISSOURI, *v.* COLLINS, COMMITTEE. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. September 27, 1956. Dismissed on motion of petitioner pursuant to Rule 60 of the Rules of this Court. *John F. X. Finn* was on the motion for petitioner. With him on the petition was *Richard E. Joyce.*